UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

                                                                          No

        If no, please indicate which application this represents:        Second

                                                                          Third

                                                                          Other _____

Date of Service of Summons:

Number of days requested:          30 days

                                   15 days

                                   Other _____ days

New Deadline Date:                 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

        Full Name:

        State Bar No.:

        Firm Name:

        Address:

        Phone:

        Fax:

        Email:

A certificate of conference does not need to be filed with this unopposed application.