**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MILES BRAMWELL USA, LLC d/b/a SLIMMING WORLD, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:12cv292 Judge Clark/Judge Mazzant |
| WEIGHT WATCHERS INTERNATIONAL, INC., ET AL., | § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Weight Watchers International, Inc.'s Motion to Dismiss, or Alternatively Motion to Transfer Venue [Doc. #18; Doc. #19; Doc. #20; Doc. #21] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Weight Watchers International, Inc.'s Motion to Dismiss, or Alternatively Motion to Transfer Venue [Doc. #18; Doc. #19; Doc. #20; Doc. #21] is **GRANTED,** and Weight Watchers International, Inc. is **DISMISSED** from this litigation.

The Clerk is directed to terminate Weight Watchers International, Inc. as a party to this case.

So **ORDERED** and **SIGNED** on April 26 , 2013.

_____
Ron Clark, United States District Judge